UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LORRAINE CAROL PADILLA, | ) Case No.: 1:19-cv-01608-EPG |
| Plaintiff, | ) **ORDER GRANTING DEFENDANT'S** |
| | ) **UNOPPOSED MOTION FOR** |
| vs. | ) **EXTENSION OF TIME TO SERVE** |
| | ) **RESPONSE TO PLAINTIFF'S** |
| ANDREW SAUL, | ) **CONFIDENTIAL LETTER BRIEF** |
| Commissioner of Social Security, | ) |
| | ) **(ECF No. 13)** |
| Defendant.[1] | ) |

Before the Court is Defendant's unopposed motion for an extension of time to serve Plaintiff with a response to Plaintiff's confidential letter brief. (ECF No. 13.) The Court finds good cause for and accordingly will grant the motion.

IT IS ORDERED that Defendant's unopposed motion for an extension of time to serve a response to Plaintiff's confidential letter brief (ECF No. 13) is GRANTED. Defendant shall serve his response to Plaintiff's confidential letter brief, and file proof of service of same, no later than **June 30, 2010**. All subsequent deadlines are extended accordingly.
IT IS SO ORDERED.

Dated:   **June 23, 2020**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  *See also* 42 USC § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).