UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE CAROL PADILLA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01608-EPG<br><br>**ORDER GRANTING STIPULATED EXTENSION OF TIME**<br><br>**(ECF No. 17)** |

Defendant moves for an extension of time to file his response to Plaintiff's Opening Brief. (ECF No. 17.) Plaintiff does not oppose and has stipulated to the extension of time. (*See id.*) The Court finds good cause for and accordingly will grant the extension of time.

IT IS ORDERED that Defendant shall have until September 30, 2020, to file a responsive brief. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **August 25, 2020**                             /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE