UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LORRAINE CAROL PADILLA,<br><br>            Plaintiff,<br><br>      vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>            Defendant. | ) Case No.: 1:19-cv-01608-EPG<br>)<br>) **ORDER GRANTING STIPULATED**<br>) **EXTENSION OF TIME**<br>)<br>) **(ECF No. 20)**<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the stipulation of the parties (ECF No. 20) and finding good cause exists, IT IS ORDERED that Defendant is granted an extension of time, to October 14, 2020, to file his responsive brief. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **September 29, 2020**             /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

Order for Ext., 1:19-cv-01608-EPG